In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-25-00422-CR**

**IN RE LEO WAYNE COVER**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. 23DCCR2231 and 23DCCR2232**

**MEMORANDUM OPINION**

Leo Wayne Cover filed a petition for a writ of mandamus asking this Court to compel the trial court to dismiss two criminal cases for lack of a speedy trial. A relator seeking mandamus relief must establish his entitlement to the relief requested by presenting argument and authority and by including a record sufficient to prove a right to relief. *See* Tex. R. App. P. 52.3(h), (k); 52.7. Cover states that for two years he has been confined in jail awaiting trial on two state jail felony offenses, and he asks this Court to order the trial court to dismiss the indictments with prejudice. He provided no record to establish the bare assertions in his petition, nor did he cite any

caselaw or statute to establish that dismissal with prejudice is the appropriate remedy for a delay in bringing the charges to trial. Furthermore, Cover has failed to show this Court that he previously brought his complaint to the attention of the trial court.

Generally, "a defendant seeking to compel a dismissal of an indictment on speedy trial grounds has an adequate remedy at law" through an appeal if he is convicted. *Smith v. Gohmert*, 962 S.W.2d 590, 593 (Tex. Crim. App. 1998) (orig. proceeding). For the reasons explained above, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on November 10, 2025
Opinion Delivered November 12, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

2